966 F.2d 1277
 UNITED STATES of America, Plaintiff-Appellee,
v.
Daniel PROA-TOVAR, Defendant-Appellant.
 No. 90-50373.
 United States Court of Appeals,
Ninth Circuit.
 May 13, 1992.
 
 Prior Report: 945 F.2d 1450
 Before: WALLACE, Chief Judge, BROWNING, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, D.W. NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, RYMER, T.G. NELSON, and KLEINFELD, Circuit Judges.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.